**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-01487-CR
_____

### CHARDONDRA DEVEUN JONES, Appellant

## V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Brown and Stoddart

Based on the Court's opinion of this date, we **GRANT** the February 26, 2015 motion of

Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the

Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We

**DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to

Chardondra Deveun Jones, TDCJ No. 1962130, Murray Unit, 1916 North Hwy. 36 Bypass,

Gatesville, Texas, 76596.


/ Craig Stoddart/
CRAIG STODDART
JUSTICE